# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3158-CV-S-WAK |
| | ) | |
| JAY STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A proposed scheduling order complying with Local Rule 16.1 should be filed by counsel on or before August 24, 2006, and should state whether the case is to be tried to the court or jury and the anticipated length of trial. The Fed. R. Civ. P. 26(f) meeting shall take place on or before August 3, 2006. When discovery begins in this case, *see* Fed. R. Civ. P. 26(d) and Local Rule 26.1(b), counsel are reminded that:

1) The number and form of interrogatories and the number of depositions are governed by Fed. R. Civ. P. 30(a)(2)(A) and 33(a).

2) The form of answers to discovery requests and the form of Fed. R. Civ. P. 26 disclosures are governed by Local Rule 26.2.

3) The procedures for resolving discovery disputes is established by Local Rule 7.1(h).

4) The filing of motions does not postpone discovery. *See* Local Rule 26.1(b).

The court requests the parties to provide a courtesy copy of documents and/or exhibits which are fifteen pages or longer in length.

The court anticipates counsel will comply with the Tenets of Professional Courtesy, which are attached for easy reference by counsel unfamiliar with them.

**IT IS SO ORDERED.**

Dated this _10TH_ day of June, 2006, at Jefferson City, Missouri.

_____
WILLIAM A. KNOX
United States Magistrate Judge

# TENETS OF PROFESSIONAL COURTESY

I.      A lawyer should never knowingly deceive another lawyer.

II.     A lawyer should honor promises or commitments made to another lawyer.

III.    A lawyer should make all reasonable efforts to schedule matters with opposing counsel by agreement.

IV.     A lawyer should maintain a cordial and respectful relationship with opposing counsel.

V.      A lawyer should seek sanctions against opposing counsel only where required for the protection of the client and not for malicious purposes or for mere tactical advantage.

VI.     A lawyer should not make unfounded accusations of unethical conduct about opposing counsel.

VII.    A lawyer should not intentionally embarrass another lawyer and should avoid personal criticism of another lawyer.

VIII.   A lawyer should always be punctual.

IX.     A lawyer should seek informal agreement on procedural and preliminary matters.

X.      A lawyer should not be rude or disrespectful to witnesses or opposing parties.

XI.     A lawyer is both an officer of the court and an advocate. As such, the lawyer should always strive to uphold the honor and dignity of the profession, avoid disorder and disruption in the courtroom, and maintain a respectful attitude toward the court.

XII.    Court personnel are an integral part of the justice system and should be treated with courtesy and respect at all times.

Case 6:06-cv-03158-WAK   Document 8   Filed 06/06/06   Page 2 of 2