IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 06-3158-CV-S-WAK ) ) |
| JAY STEVENS, SERVICE RIGHT LAWN CARE, LLC; INVESCO PROPERTIES, INC.; and SANDY COOPER, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On June 5, 2006, defendants Jay Stevens and Service Right Lawn Care, LLC filed a motion to dismiss for improper venue or in the alternative to transfer venue to the Southern Division of the United States District Court for the Western District of Missouri. Defendants' motion, treated as a motion to transfer, is denied as moot. This case was opened in the Southern Division, assigned a Southern Division case number and placed into the regular draw for assignment to judges in the Southern Division. Any hearings or trial will be held at the United States Courthouse in Springfield, Missouri, absent exceptional circumstances. The complaint, which indicates Central Division in the style of the case, is in error. Accordingly, it is

ORDERED that defendants' motion of June 5, 2006, to dismiss or for a transfer of venue, treated as a motion for a transfer of venue, is denied as moot. [7]

Dated this 8TH day of June, 2006, at Jefferson City, Missouri.

/s/ William A. Knox

WILLIAM A. KNOX
United States Magistrate Judge